UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jama S. Ahmed,

Petitioner,

v.

Jefferson B. Sessions III, Attorney General;[1]
Elaine C. Duke, Acting Secretary of the
Department of Homeland Security;[2] and
M. Yvonne Evans, Directory, Washington D.C.
Field Office, Enforcement and Removal
Operation, U.S. Immigration and Customs
Enforcement,

Respondents.

Civil No. 16-cv-2124 (DSD/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

---

[1] Jefferson B. Sessions III, is now the Attorney General of the United States. Pursuant to Federal Rule of Civil Procedure Rule 25(d), Jefferson B. Sessions III is substituted for Loretta Lynch as the Respondent in this action.

[2] Pursuant to Federal Rule of Civil Procedure Rule 25(d), John F. Kelly, Secretary of the Department of Homeland Security was substituted for Jeh Johnson as the Respondent in this action. Kelly has since been replaced by Elaine C. Duke, Acting Secretary of the Department of Homeland Security. The caption has been changed accordingly.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [ECF No. 11] is **ADOPTED** in its entirety; and

2. The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 2] be **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 7/31/17

DAVID S. DOTY
United States District Judge